IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISAAC SAVOY-SANZ,[1] | § | |
| | § | No. 39, 2018 |
| Respondent Below-Appellant, | § | |
| | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| ARIELE SHADOWS, | § | File No. CN01-09487 |
| | § | Petition No. 16-34337 |
| Petitioner Below-Appellee. | § | |
| | § | |

Submitted: September 21, 2018
Decided: November 30, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

After careful consideration of the parties' briefs[2] and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Family Court in its well-reasoned decision dated January 9, 2018.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).
[2] Although the appellee did not file a conforming answering brief, she did file a document on July 24, 2018 indicating her opposition to the appeal.